

TRUE AND CERTIFIED COPY
J. Baker
4:01 pm, May 12 2021

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20 MJ 12328 |
| | : | ORDER FOR MODIFICATION OF BAIL CONDITION |
| v. | : | |
| MICHAEL DORAZO | : | |

THIS MATTER having come before the Court on application of the defendant, Michael Dorazo, by his attorney Ira Slovin, for an Order modifying the defendant's current release conditions through replacement of the current condition of Home Incarceration with the condition that defendant be placed on Home Detention, enforced with location monitoring and with allowances for stationary and verifiable employment, in order to permit defendant to obtain employment as a means of financial support and with the consent of Assistant U.S. Attorney Samantha Fasanello and Pre-Trial Services to the form and entry of this order, and for good and sufficient cause shown;

WHEREFORE, it is on this 12th day of May, 2021 it is

ORDERED that the defendant's conditions of release are hereby modified by substituting Home Detention, enforced with location monitoring and with allowances for stationary and verifiable employment, as a condition of release for the previously imposed condition of Home Incarceration, and;

IT IS FURTHER ORDERED that all other conditions of release set forth within the December 4, 2020, Conditions of Release Order, along with any subsequent amendments thereto,

will remain the same and in effect.

                                                  s/Michael A. Hammer
                                      _____
                                      Honorable Michael A. Hammer
                                      United States Magistrate Judge
                                      District of New Jersey- Newark