UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. v. MICHAEL DORAZO, Crim. No. TBD; Mag. No. 20-12328

PETITION FOR
WRIT OF HABEAS CORPUS

1.  MICHAEL DORAZO, DOB: 12/20/1979, SBI#: 583381C, FBI#: 925106WC2 is now confined at Salem County Correctional Facility.

2.  MICHAEL DORAZO, DOB: 12/20/1979, SBI#: 583381C, FBI#: 925106WC2 will be required at the U.S. District Court in Camden, New Jersey for an In-Person Plea Hearing before the Honorable Noel L. Hillman, U.S.D.J. on Thursday, September 23, 2021 at 11:00 a.m.  A Writ of Habeas Corpus should be issued for that purpose.

DATED:   September 7, 2021
         Newark, New Jersey

_____
Samantha C. Fasanello
Assistant United States Attorney

ORDER

Let the Writ Issue.

DATED:   9/07/2021

s/ Noel L. Hillman
_____
Honorable Noel L. Hillman, U.S.D.J.

WRIT OF HABEAS CORPUS

The United States of America to Warden of the Salem County Correctional Facility, Woodstown, New Jersey,

WE COMMAND YOU that you have the body of

MICHAEL DORAZO, DOB: 12/20/1979, SBI#: 583381C, FBI#: 925106WC2

now confined at Salem County Correctional Facility, Woodstown, New Jersey, be brought to the United States District Court, on Thursday, September 23, 2021, at 11:00 a.m., for an In-Person Plea Hearing before the Honorable Noel L. Hillman, U.S.D.J. at the U.S. District Court, Camden, New Jersey.

    WITNESS the Honorable Noel L. Hillman
    United States District Judge
    Camden, New Jersey

DATED:   9/07/2021

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: s/ Gladys Novoa_____
         Deputy Clerk

